IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDMUND W. CROSS, SR., et al.,    * Case No.: 93-3340 (MD)(1)
                                  * Case No.: MDL-875 (PAE)
    Plaintiffs                    *
                                  *
v.                                *
                                  *
ACandS, Inc., et al.,             *
                                  *
    Defendants                    *
        * * * * * * * * *

### O R D E R

1. On Motion of Linda G. Cross and Edmund W. Cross, Jr. for substitution in place of Edmund W. Cross, Sr., deceased, it appearing to the Court that the said Edmund W. Cross, Sr. died intestate on November 24, 1997; that the claim asserted by him in this action was not thereby extinguished; and that Linda G. Cross and Edmund W. Cross, Jr. were duly appointed Co-Personal Representatives of the Estate of Edmund W. Cross, Sr., and are qualified and are acting as such.

2. On Motion of Linda G. Cross, plaintiff and surviving spouse of Edmund W. Cross, Sr., deceased, for the addition of her loss of consortium claim, it appearing to the Court that the said Edmund W. Cross, Sr. died on November 24, 1997; that the Plaintiff, Linda G. Cross, and Plaintiff's decedent were husband and wife at the time of his death.

**IT IS ORDERED,** that Linda G. Cross and Edmund W. Cross, Jr., Co-Personal Representatives of the Estate of Edmund W. Cross, Sr.,

(1)

be substituted as Plaintiffs herein in place of Edmund W. Cross, Sr., deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Linda G. Cross, Plaintiff and surviving spouse of Edmund W. Cross, Sr., be permitted to add her loss of consortium claim to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE
Charles R. Weiner

DATE: April 25, 2000

G:\WPFILES\2000DOCS.BSM\DOCBSM.012

(2)